ORIGINAL

LEILA W. MORGAN
California State Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Rodolfo Lopez-Contreras

FILED
2006 SEP 11 AM 8:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06cr1808-DMS |
| Plaintiff, | Date: September 15, 2006 |
| v. | Time: 11:00 a.m. |
| RODOLFO LOPEZ-CONTRERAS, | STIPULATION TO CHANGE DATE AND TIME OF ~~SENTENCING HEARING~~ MOTION HEARING |
| Defendant. | |

WHEREAS Ms. Morgan will be in El Centro, California and unable to attend the motion hearing.

IT IS HEREBY STIPULATED by and between the parties that ~~supervised release revocation~~ motion/CFH hearing be changed to September 22, 2006 at 11:00 a.m. or such other time as convenient for the Court and that time shall be excluded.

So stipulated:

Dated: 9/7/2006

_____
Leila W. Morgan
Federal Defenders of San Diego, Inc.
Attorneys for Rodolfo Lopez-Contreras

Dated: 9/7/06

_____
Christopher McFadden
Assistant United States Attorney

ORIGINAL

FILED
2006 SEP 11 AM 8:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**RODOLPHO LOPEZ-CONTRERAS,**<br><br>Defendant. | Case No.: 06CR1808-DMS<br><br>ORDER |

**IT IS HEREBY ORDERED** that the motion hearing in this case be changed from Spetember 15, 2006 at 11:00 a.m. to September 22, 2006, at 11:00 a.m. Time is excluded, per 18 USC §3161(h)(8)(A). /CPh

Dated: 9-8-06

HONORABLE DANA M. SABRAW
United States District Judge